Espirito Santo Bank of Florida *v*. David T. Chase

The defendant's petition for certification for appeal from the Appellate Court (AC 12139) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal on the ground of: (1) lack of a final judgment; or (2) mootness?"

The Supreme Court docket number is SC 14803.

*Richard P. Weinstein,* in support of the petition.

*David P. Condon,* in opposition.

Decided July 8, 1993

State of Connecticut *v*. Donald Fields

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 312 (AC 10978), is denied.

*Ramona Carlow,* special public defender, in support of the petition.

*Maureen M. Keegan,* assistant state's attorney, in opposition.

Decided July 8, 1993